THE BINGHAMTON TRUST COMPANY, Respondent, *v.* AUGUSTUS G. WALES, as Sheriff of the County of Broome, Appellant.

*Binghamton Trust Co.* v. *Wales,* 43 App. Div. 620, affirmed.
(Argued May 7, 1901; decided May 24, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered September 19, 1899, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*T. B. Merchant* and *L. M. Merchant* for appellant.

*W. J. Welsh* and *F. W. Welsh* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Not sitting: MARTIN, J.

---

SARAH COOK, Respondent, *v.* JOSEPH WHITE, Appellant. JAMES CONROY et al., Respondents.

*Cook* v. *White,* 43 App. Div. 388, affirmed.
(Argued May 7, 1901; decided May 24, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 13, 1899, affirming a judgment establishing the validity of the will of Jane Cunningham, deceased, entered upon a verdict directed by the court.

*John T. Norton* and *Francis A. McCloskey* for appellant.

*William N. Dykman, John R. Kuhn* and *Robert Stewart* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.